UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JIM JI DONG CHENG,

                                         JUDGMENT

                      Plaintiff,                    21-cv-3282 (BMC)

    v.

T.D. BANK, N.A.,

                      Defendant.
----------------------------------------------------------------X

A Memorandum, Decision and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on June 28, 2022, granting the Bank's motion to dismiss; it is

ORDERED and ADJUDGED that the Bank's motion to dismiss is granted.

Dated: Brooklyn, New York                           Brenna B. Mahoney
        June 29, 2022                                 Clerk of Court

                                                By:    */s/Jalitza Poveda*
                                                         Deputy Clerk